# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KENNETH LAMONTE WEBSTER and USAF-ALI CASTLE,**

        **Plaintiffs,**

**-vs-**           Case No. 6:04-cv-891-Orl-22KRS

**KEVIN BEARY, in his official capacity as Sheriff of Orange County, FL; MICHAEL GRIGSBY, both individually and in capacity as Deputy Sheriff of Orange County, FL; and ALEJANDRO FERRER, both individually and in capacity as Deputy Sheriff of Orange County, FL,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Defendants', Michael Grigsby and Alejandro Ferrer's, Motion Requesting Bond for Costs and Attorneys' Fees on Appeal (Doc. No. 88) filed October 1, 2007, and on Defendant Kevin Beary's Motion to Require Plaintiffs to Post Bond to Ensure Payment of Costs on Appeal (Doc. No. 89) filed October 3, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 30, 2007 (Doc. No. 90) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants', Michael Grigsby and Alejandro Ferrer's, Motion Requesting Bond for Costs and Attorneys' Fees on Appeal (Doc. No. 88) is GRANTED.

3. Defendant Kevin Beary's Motion to Require Plaintiffs to Post Bond to Ensure Payment of Costs on Appeal (Doc. No. 89) is GRANTED.

4. The Court finds that the appeal from the denial of the motion for relief from judgment is frivolous, unreasonable and without foundation. Accordingly, Plaintiffs Kenneth Lamonte Webster and Usaf-Ali Castle are hereby directed to post an Appellate Bond in the amount of $13,000.00 within eleven days of the date of this Order. Plaintiffs shall not proceed further on the appeal until the bond is posted as directed.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 20, 2007.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge

Clerk, Eleventh Circuit Court of Appeals
USCA No.: 07-13981-A